IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

     vs.                   4:08CR00050-01-WRW

JOEL MICHAEL GRACE

<u>ORDER</u>

Pending before the Court is the United States' Motion to Dismiss the Indictment With Prejudice and to Recall Indictment Arrest Warrant (doc #4).  The Motion is GRANTED, the Indictment is dismissed with prejudice, and the Clerk of the Court is directed to recall the arrest warrant.

IT IS SO ORDERED this 14th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd